## HICKEN vs. ALDEN.

PRACTICE: *Judgment on appeal from justice's court.*

One who has regularly appealed from a justice's court is entitled to a judgment on the merits; and it is error, as against him, to dismiss the appeal on the ground that he has not proven a cause of action.

APPEAL from the Circuit Court for *Waukesha* County.

*J. E. Robinson & F. A Utter*, for the plaintiff, who is also the appellant.

*A. Cook*, for the defendant.

PAINE, J. This action was taken by appeal from a justice's court to the circuit. The appeal was there dismissed for the sole reason, as it appears, that the plaintiff failed to prove any cause of action. This was improper, the appeal itself having been regularly taken. It is true, it would be immaterial to the plaintiff whether his appeal was dismissed or judgment given against him on the merits, if it could be assumed that he did not wish to litigate the matter further. But this cannot be assumed. And where the appeal is dismissed, his appeal from that order does not bring up for review the merits of the case, but only the question whether the appeal had been regularly and properly taken. It is obvious, therefore, that with reference to a review it is quite material to the plaintiff, whether his appeal is dismissed or judgment given against him on the merits. This has been several times decided by this court.

*By the Court.*—The judgment of dismissal is reversed, and the cause remanded for further proceedings.